No. 44786.—Petition 6072–R of S. Lisk & Bro. (New York).

Opinion by Cline, J.· From the evidence it was found that there was no intention to misrepresent the facts or to defraud the revenue of the United States. The petition was therefore granted.